

FILED

JAN 26 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| James F. Turner, Trustee of The James Frederick Turner, Jr. Revocable Trust and Barbara B. Turner, Trustee of the Barbara Bird Turner Revocable Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>The PRG Group, LLC,<br><br>Defendant. | No. CV 16-54-BU-SEH<br><br>ORDER |

Plaintiffs' Unopposed Motion to Reschedule Preliminary Pretrial Conference[1] is GRANTED. The preliminary pretrial conference set for March 14, 2017, is VACATED and RESET for 11:00 a.m. on March 10, 2017, at **the Paul G. Hatfield Courthouse, Helena, Montana.**

---

[1] Doc. 13.

-1-

All other matters and deadlines in the Court's Order of January 20, 2017, remain in full force and effect.

DATED this 26th day of January, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Court