

FILED

MAR 01 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| James F. Turner, Trustee of The James Frederick Turner, Jr. Revocable Trust and Barbara B. Turner, Trustee of The Barbara Bird Turner Revocable Trust, <br><br> Plaintiffs, <br> v. <br><br> The PRG Group, LLC <br><br> Defendant. | No. CV 16-54-BU-SEH <br> Hon. Sam E. Haddon <br><br> **ORDER FOR DISMISSAL** |
| The PRG Group, LLC, <br><br> Third-Party Plaintiff, <br> v. <br><br> Stephens Welding, Inc., <br><br> Third-Party Defendant. | |

Upon Stipulation for Dismissal filed February 28, 2017,

ORDERED:

All claims between Plaintiff and Defendant and between Third-Party Plaintiff and Third-Party Defendant are dismissed with prejudice. Each party shall bear their respective fees and costs.

DATED this 1st day of March, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Court